UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| CRYSTAL BLANKENSHIP, § § Plaintiff, § § v. § § BLACK & DECKER (U.S.) INC. and THE § BLACK & DECKER CORPORATION, § 701 E. Joppa Road, Towson, § (Baltimore County) Maryland 21286, § § Defendants § | Case No. 1:13-cv-02522-ELH **JURY TRIAL DEMANDED** |

## JOINT REQUEST TO MODIFY THE SCHEDULING ORDER

The parties respectfully request that the Court modify the current scheduling order (Dkt 7) to generally extend by 120 days the current deadlines and to modify the expert disclosure deadlines. The parties respectfully submit that such an extension is appropriate because it is likely that that discovery could be voluminous and expert-intensive. Plaintiff's allegations span more than a decade and Plaintiff intends to seek discovery on a wide range of issues. Defendants do not agree with Plaintiff's proposed scope of discovery but agree that additional time would be helpful to permit the parties to attempt to work out their issues with discovery. Additional time would also permit Plaintiff's experts to obtain and review documents from Defendants, something that is impossible under the current scheduling order.

For all of the reasons set forth above, the parties request that the Court enter a new scheduling order setting the following deadlines:

| | |
|---|---|
| March 3, 2014 | Moving for joinder of additional parties and amendment of pleadings |
| March 17, 2014 | Plaintiff's Rule 26(a)(2) disclosures |
| April 28, 2014 | Defendant's Rule 26(a)(2) disclosures |
| May 12, 2014 | Plaintiff's rebuttal Rule 26(a) (2) disclosures |
| May 19, 2014 | Rule 26(e)(2) supplementation of disclosures and responses |
| May 29, 2014 | Discovery deadline; submission of status report |
| June 5, 2014 | Request for Admission |
| June 30, 2014 | Dispositive pretrial motions deadline |

DATED this the 9th day of October, 2013.

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner, Esquire (Bar No. 04165)
Justin A. Browne, Esquire (Bar No. 29164)
Janet, Jenner & Suggs, LLC
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
(410) 653-3200
(410) 653-6903 Fax

Charles W. Miller
James Craig Orr, Jr.
Eric D. Pearson
John K. Chapman
Heygood Orr and Pearson
2331 W Northwest Hwy., 2nd Floor
Dallas, Texas 75220
(214) 237-9001
(214) 237-9002 Fax

*Attorney for Plaintiff*

*/s/ Daniel R. Lanier*

2

Daniel R. Lanier
Miles and Stockbridge PC
10 Light St.
Baltimore, Maryland 21202
(410) 385-3651
(410) 385-3651 Fax

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9th, 2013, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


*/s/ Robert K. Jenner*