# HO&P | HEYGOOD, ORR & PEARSON

2331 W. Northwest Highway, 2nd Floor, Dallas, TX   75220

214.237.9001   |   877.446-9001   |   214.237.9002 F

www.hop-law.com

October 16, 2013

Honorable George L. Russell, III
United States District Judge
District of Maryland
101 West Lombard Street
Baltimore, Maryland, 21201

Re:   *Crystal Blankenship vs. Black & Decker (U.S.) Inc. et al*
      Civil Action No. GLR-13-2522

Dear Judge Russell,

Per your order dated October 15, 2013, the parties jointly submit this letter and address the seven points set forth below.

**1. Whether the parties object to having the case transferred to a U.S. Magistrate Judge for all further proceedings.**

There is not unanimous consent to have case transferred to a U.S. Magistrate Judge for all further proceedings.

**2. Whether you would like to participate in a settlement conference either before or after the completion of discovery.**

The parties believe third-party mediation or a settlement conference after the completion of discovery would be beneficial.

**3. Whether discovery of electronically stored information is expected to be problematic;**

The parties have no expectation that discovery of electronically store information will be problematic.

**4.   Whether you would like to defer any of the expert discovery until after summary judgment motions are resolved.**

> The parties do not believe this is necessary.

**5. Any changes to the dates in the preliminary scheduling order;**

| | |
|---|---|
| March 3, 2014 | Moving for joinder of additional parties and amendment of pleadings |
| March 17, 2014 | Plaintiff's Rule 26(a)(2) disclosures |
| April 28, 2014 | Defendant's Rule 26(a)(2) disclosures |
| May 12, 2014 | Plaintiff's rebuttal Rule 26(a) (2) disclosures |
| May 19, 2014 | Rule 26(e)(2) supplementation of disclosures and responses |
| May 29, 2014 | Discovery deadline; submission of status report |
| June 5, 2014 | Request for Admission |
| June 30, 2014 | Dispositive pretrial motions deadline |

**6. Whether the allocated deposition hours are sufficient**, and

> The allocated deposition hours are sufficient.

**7. Setting a trial date on the Court's calendar and determining its likely duration.**

> The parties request a trial in October 2014 and expect such a trial will last 7-10 days.

Respectfully submitted,

*Lindsey Craig*

Lindsey M. Craig

cc:   Dan Lanier